RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 12/9/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 10-813 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THORNTON GREEN, JR., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff United States of America's Motion for Summary Judgment [Doc. No. 17] is GRANTED, and judgment is entered in favor of Plaintiff against Defendants, jointly, severally, and *in solido*, for the principal and interest due on the note, plus post-judgment interest thereon at the legal rate as of the date of judgment as specified in 28 U.S.C. § 1961 as follows:

| | |
|---|---|
| Unpaid principal balance: | $27,250.00 |
| Accrued interest as of August 28, 2010: | $20,391.09 |
| Plus Interest thereafter at the rate of 5% per annum until paid ($3.7328 per diem) | |

with full recognition and maintenance of Plaintiff's special mortgage, lien, and privilege upon the following described property, to-wit:

> The Northwest Quarter (NW 1/4) of the Southeast Quarter (SE 1/4) of Section 45, Township Twenty-One (21) North, Range Twelve (12) East, East Carroll Parish, Louisiana, being the same property acquired by Cosea Headd, et al, from the Succession of Emmett Headd filed for record March 31, 1971, in Conveyance Book

"82" at page 581, records of East Carroll Parish, Louisiana; and being the property acquired by Thornton Green, Jr., from Maggie Micou et al by deed dated, filed and recorded August 4, 1971, as Register No. 36742 in Conveyance Book "83" at page 265, records aforesaid.

SUBJECT TO:

Right of way grant by Emmett Headd to Louisiana Power & Light Company dated April 3, 1962, filed for record April 16, 1962, at 9:00 o'clock A.M. in Conveyance Book "68" at page 494, records of East Carroll Parish, Louisiana.

A right of way 15 feet wide over and across said above described land for a ditch and the digging, construction and maintenance thereof to convey water for the purpose of draining the lands as contained in Act of Sale with Mortgage from The Desha Lumber Company to Emmett Headd dated, filed and recorded October 1, 1936, at 4:00 o'clock P.M. in Conveyance Book "NN" at page 191, records of East Carroll Parish, Louisiana.

A right of way 20 feet wide over and across the lands hereinabove described for the right of passage and of way across said lands to serve as a road for the use of the public as contained in Act of Sale with Mortgage from The Desha Lumber Company to Emmett Headd dated, filed and recorded October 1, 1936, at 4:00 o'clock P.M. in Conveyance Book "NN" at page 191, records of East Carroll Parish, Louisiana.

A reservation of all oil, gas and mineral rights by Vendor in deed from Delta Fertilizer, Inc. to Thornton Green, Jr. in deed dated February 16, 1995, records of East Carroll Parish, Louisiana.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-described property be seized and sold by the United States Marshal for the Western District of Louisiana, at public auction, without appraisement, for cash, to the highest bidder; that Plaintiff be paid the proceeds of said sale by preference and priority over all other persons whomsoever, the amount of the claim with interest; and that the amount realized from said sale be recognized as full satisfaction of the judgment herein. Plaintiff shall have no right to proceed against Defendants' estate for any deficiency judgment.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff be granted

judgment for all costs of this proceeding.

MONROE, LOUISIANA, this 9 day of December, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE